DATE:  February 4, 2025


        The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1.  *Derek Wade Ginevan*
    *v. Commonwealth of Virginia*
    Record No. 1765-23-4
    Opinion rendered by Judge Friedman on
    December 17, 2024

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Tanya Rashae Holland*
   *v. Commonwealth of Virginia*
   Record No. 1088-22-3
   Opinion rendered by Judge Lorish
   on October 24, 2023
   Judgment of Court of Appeals reversed and final judgment entered for the
   Commonwealth by opinion rendered on January 16, 2025 (230907)

2. *Shannon B. Boyette*
   *v. Carrie E. Sprouse*
   Record No. 1278-22-2
   Opinion rendered by Judge Fulton
   on January 23, 2024
   Judgment of Court of Appeals affirmed by published order on
   January 23, 2025 (240135)

3. *Cenk Sedar*
   *v. Jane Doe*
   Record No. 0837-23-4
   Opinion rendered by Senior Judge Haley
   on April 16, 2024
   Petition for appeal withdrawn as parties settled (240504)

4. *Richard Rebh, et al.*
   *v. The County Board of Arlington County, Virginia*
   Record No. 0240-23-4
   Opinion rendered by Judge Callins
   on May 7, 2024
   Petition for appeal dismissed where there was nothing left to adjudicate
   as appellants won outright in this Court (240493)

5. *H.C.*
   *v. Potomac Hospital Corporation of Prince William, d/b/a Sentara Northern Virginia
   Medical Center*
   Record No. 0521-23-4
   Opinion rendered by Chief Judge Decker
   on June 4, 2024
   Refused (240669)

6. *William L. Respess, et al.*
   *v. VMI Alumni Association*
   Record No. 1290-23-3
   Opinion rendered by Judge Raphael
   on June 25, 2024
   Refused (240712)

7. *Joseph Franklin Sechrist*
   *v. Commonwealth of Virginia*
   Record No. 1062-23-3
   Opinion rendered by Judge Friedman
     on July 2, 2024
   Refused (240666)

8. *Connie A. Kosmann, trustee of the Brown Living Trust*
   *v. Edith Brown, by and through her lawful power of attorney, Nadine Seamans*
   Record No. 0367-23-4
   Opinion rendered by Judge Callins
     on July 23, 2024
   Refused (240722)

9. *Frederick H. Cosby, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 1924-23-2
   Opinion rendered by Judge Huff
     on July 30, 2024
   Refused (240739)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. *Sharon Elizabeth Furr*
   *v. Tamara Al-Saray*
   Record No. 0198-22-4
   Memorandum opinion rendered by Judge Huff on May 16, 2023
   Judgment of Court of Appeals reversed as to sufficiency of the evidence;
   matter remanded to Court of Appeals to consider appellant's assignments of
   cross-error raised in Supreme Court by opinion rendered on January 16, 2025
   (230488)